IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ORIGINAL

Leroy Riley

VS.

Charles M. Simpson, Kerri Cross,
David McCoy, Charles M. Shane,
Mr Gaston

CA05-17 (crossed out)
CA05-172E

MOTION AND DECLARATION IN SUPPORT OF MOTION TO PROCEED
IN FORMA PAUPERIS

I, Leroy Riley, am the plaintiff in the above entitled case. In support of my motion for leave to proceed in forma pauperis, I state that because of my poverty I am unable to pay the initial costs of said proceeding or to give security therefore and that I believe I am entitled to redress. In support of this motion, I declare the following responses are true.

1. If you are receiving prison wages, state the amount: _____

2. If you received within the past twelve months any money form any source, explain, and state The amount:
_____

3. State the amount of money you have in a checking, savings, or prison account:
none

4. Identify and state the value of any real estate, stocks, bonds, notes, automobiles, or other Valuable property (excluding ordinary household furnishings and clothing) which you own:
none

5. List the persons who are dependent upon you for support; state relationship to those persons And indicate how much you contribute toward their support:
none

I declare under penalty of perjury that the foregoing is true and correct.

SIGNED THIS 28th DAY OF January, 2005.

Plaintiff's signature

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Leroy Riley                     Plaintiff,     )
                                               )
            v.                                 )
                                               )   Civil Action No.
Charles M. Simpson    Defendant.               )
Kerri Cross, David McCoy,                      )
Charles M. Shane,                              )
Mr Gaston                                      )
                                  **AUTHORIZATION
                              TO BE COMPLETED BY PRISONER
                           WHO SEEKS LEAVE TO PROCEED IN FORMA PAUPERIS**

I, __Leroy Riley__ (name), hereby authorize the custodian of my inmate account, upon order of a judge of the United States District Court of the Western District of Pennsylvania, to

(1)   withdraw from my account and pay to the Clerk, United States District Court for the Western District of Pennsylvania, the initial partial filing fee (20% of the greater of the average monthly deposits to my account for the past six months, or the average monthly balance in my account for the past six months) and

(2)   if there remains any unpaid fee due and owing to the court, thereafter to set aside and accrue/freeze on a monthly basis twenty percent (20%) of the preceding month's deposits credited to my account and

(3)   each time the amount in my account exceeds $10.00 to forward to the Clerk the amounts accrued/frozen until the filing fee in the amount of $150 has been paid in full.

_____                 5/20/05
PLAINTIFF'S SIGNATURE                     DATE

## TO BE COMPLETED BY RECORDS OFFICER OF PRISON

1. The plaintiff presently has the sum of $.57 on account at PA State Correctional Institution at Forest.
   (Name of prison)

   __X__ Attached is a copy of the plaintiff's institutional account indicating deposits and withdrawals during the preceding one year period of _____
   (Indicate period covered by Account)

   _____ I cannot furnish the court with a copy of the plaintiff's institutional account indicating income and withdrawals because _____

2. The plaintiff has the following securities and other assets: (include any information you have regarding outside accounts, sources of income):
   Nothing on file

3. Other information relevant to plaintiff's financial status or information that plaintiff's statements contained in his motion and declaration in support of motion to proceed in forma pauperis are not true: Mr. Riley only provided this sheet to the business office for processing therefore I cannot comment

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge, information and belief.

Signed this __2nd__ day of __June__, 20__05__.

__Victoria Sabella    Accountant__
Signature and Title of Records Officer of Prison

## ORDER

Motion for leave to proceed in forma pauperis is _____

Date: _____

_____
United States Magistrate Judge



**Commonwealth of Pennsylvania**
**Department of Corrections**
State Correctional Institution at Forest
1 Woodland Drive – PO Box 307
Marienville, Pennsylvania 16239-0307
814-621-2110

June 2, 2005

To Whom It May Concern,

I, Victoria Sabella, certify that the attached nine page document contains the funding transactions for Leroy Riley, FQ8672. The document consists of transactions from May 21, 2004, to the date listed above.

Sincerely,

*Victoria Sabella*

Victoria Sabella
Accountant

Enclosure

```
PA'DEPT. OF CORRECTIONS              INMATE ACCOUNTS SYSTEM           RUN        IAS355
BUREAU OF COMPUTER SERVICES           PARTIAL ACCOUNT LISTING         DATE    6/02/2005
REMOTE PRINT TIME 11:31                  FROM PURGE FILE              PAGE            2

      INMATE      NAME
      NUMBER      LAST                    FIRST             MI
      FQ8672      RILEY                   LEROY

 BATCH       DATE                                            TRANSACTION   BALANCE AFTER
   #    MO DY YEAR     TRANSACTION DESCRIPTION                  AMOUNT      TRANSACTION

   938   05-21-2004  50  ACT 84 TRANSACTION *
                         56/03                    05/21/04      -10.00          40.97
   938   05-21-2004  85  ADJUST RECEIPT
                     13  WRONG INMATE NUMBER                    -50.00          -9.03
   938   05-21-2004  86  ADJUSTMENT *
                     50  56/03                    05/21/04       10.00            .97
  8155   06-03-2004  32  PIT COMMISSARY
                         FOR   6/03/2004                          -.29            .68
  1054   06-04-2004  10  MAINTENANCE PAYROLL
                         MAY WAGES                               23.90          24.58
  1054   06-04-2004  50  ACT 84 TRANSACTION *
                         56/03                    06/04/04       -4.78          19.80
  8170   06-18-2004  32  PIT COMMISSARY
                         FOR   6/18/2004                         -4.37          15.43
  1170   06-24-2004  13  PERSONAL GIFT FROM
                         RILEY, GEORGIA      G289219             20.00          35.43
  1170   06-24-2004  50  ACT 84 TRANSACTION *
                         56/03                    06/24/04       -4.00          31.43

                         BALANCE AFTER THESE TRANSACTIONS------>                31.43
```



PROCESSED
JUN 2 2005
INMATE ACCOUNTS

1 of 9

```
PA DEPT. OF CORRECTIONS           INMATE ACCOUNTS SYSTEM        RUN        IAS355
BUREAU OF COMPUTER SERVICES        PARTIAL ACCOUNT LISTING      DATE     6/02/2005
REMOTE PRINT TIME 11:21              FROM PURGE FILE            PAGE            1
```

| INMATE NUMBER | NAME LAST | FIRST | MI | STARTING BALANCE |
|---|---|---|---|---|
| FQ8672 | RILEY | LEROY | | 31.43 |

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|
| 8184 | 07-02-2004 | 32 | PIT COMMISSARY FOR  7/02/2004 | -1.04 | 30.39 |
| 1245 | 07-08-2004 | 41 | MEDICAL SCIK CALL    7/2/04 | -2.00 | 28.39 |
| 1311 | 07-09-2004 | 37 | POSTAGE POSTAGE      7/8/04 | -2.21 | 26.18 |
| 1321 | 07-12-2004 | 37 | POSTAGE POSTAGE      7/9/04 | -3.95 | 22.23 |
| 1334 | 07-12-2004 | 37 | POSTAGE POSTAGE      7/12/04 | -1.29 | 20.94 |
| 8198 | 07-16-2004 | 32 | PIT COMMISSARY FOR  7/16/2004 | -2.42 | 18.52 |
| 1431 | 07-27-2004 | 38 | INSIDE PURCHASES PHOTO COPIES       7/21/04 | -2.60 | 15.92 |
| 1433 | 07-27-2004 | 37 | POSTAGE POSTAGE      7/27/04 | -3.50 | 12.42 |
| 1558 | 08-06-2004 | 30 | PERSONAL GIFT TO PRISON LEGAL NEWS | -1.00 | 11.42 |
| 1558 | 08-06-2004 | 30 | PERSONAL GIFT TO PRISON LEGAL NEWS | -1.00 | 10.42 |
| 1558 | 08-06-2004 | 86 / 30 | ADJUST PAYMENT WRONG BATCH NO. | 1.00 | 11.42 |
| 1558 | 08-06-2004 | 86 / 30 | ADJUST PAYMENT WRONG BATCH NO. | 1.00 | 12.42 |
| 1560 | 08-06-2004 | 36 | PRINTED MATERIALS PRISON LEGAL NEWS | -1.00 | 11.42 |
| 1560 | 08-06-2004 | 36 | PRINTED MATERIALS LUCY PARSONS BOOK STORE | -1.00 | 10.42 |
| 1597 | 08-11-2004 | 38 | INSIDE PURCHASES PHOTO COPIES | -1.60 | 8.82 |
| 1617 | 08-13-2004 | 37 | POSTAGE POSTAGE      8/13/04 | -.23 | 8.59 |
| 1629 | 08-17-2004 | 37 | POSTAGE POSTAGE      8/16/04 | -.23 | 8.36 |
| 8231 | 08-18-2004 | 32 | PIT COMMISSARY FOR  8/18/2004 | -8.20 | .16 |
| 1666 | 08-24-2004 | 13 | PERSONAL GIFT FROM RILEY, GEORGIA    H022132 | 40.00 | 40.16 |
| 1666 | 08-24-2004 | 50 | ACT 84 TRANSACTION * 56/03              08/24/04 | -8.00 | 32.16 |
| 8238 | 08-25-2004 | 32 | PIT COMMISSARY FOR  8/25/2004 | -25.71 | 6.45 |
| 1685 | 08-26-2004 | 37 | POSTAGE POSTAGE      8/26/04 | -1.29 | 5.16 |

PROCESSED  JUN 2 2005  INMATE ACCOUNTS

2 of 9

```
PA'DEPT.'OF CORRECTIONS           INMATE ACCOUNTS SYSTEM        RUN         IAS355
BUREAU OF COMPUTER SERVICES        PARTIAL ACCOUNT LISTING      DATE    6/02/2005
REMOTE PRINT TIME 11:21               FROM PURGE FILE           PAGE            2

   INMATE       NAME
   NUMBER       LAST                   FIRST              MI
   FQ8672       RILEY                  LEROY

BATCH      DATE                                         TRANSACTION   BALANCE AFTER
  #     MO DY YEAR    TRANSACTION DESCRIPTION              AMOUNT      TRANSACTION

 8245   09-01-2004   32  PIT COMMISSARY
                         FOR    9/01/2004                    -4.57            .59
 1786   09-03-2004   41  MEDICAL
                         SICK CALL     9/1/04                -4.00          -3.41
 1796   09-07-2004   37  POSTAGE
                         POSTAGE       9/7/04                -1.06          -4.47
 1909   09-24-2004   37  POSTAGE
                         POSTAGE              9/24/04        -1.29          -5.76

                  BALANCE AFTER THESE TRANSACTIONS------>                   -5.76
```



PROCESSED
JUN 2 2005
INMATE ACCOUNTS

3 of 9

```
PA DEPT. OF CORRECTIONS           INMATE ACCOUNTS SYSTEM        RUN        IAS365
BUREAU OF COMPUTER SERVICES         PARTIAL ACCOUNT LISTING     DATE    6/02/2005
REMOTE PRINT TIME 11:22               FROM PURGE FILE           PAGE           1
```

| INMATE NUMBER | NAME LAST | FIRST | MI | STARTING BALANCE |
|---|---|---|---|---|
| FQ8672 | RILEY | LEROY | | -5.76 |

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|
| 1957 | 10-05-2004 | 13 | PERSONAL GIFT FROM RILEY, GEORGIA      H015252 | 50.00 | 44.24 |
| 1957 | 10-05-2004 | 50 | ACT 84 TRANSACTION * 56/03                      10/05/04 | -10.00 | 34.24 |
| 8281 | 10-07-2004 | 32 | PIT COMMISSARY FOR 10/07/2004 | -33.76 | .48 |
| 2053 | 10-14-2004 | 37 | POSTAGE POSTAGE              10/14/04 | -12.04 | -11.56 |
| 2056 | 10-15-2004 | 13 | PERSONAL GIFT FROM RILEY, MURPHY       G279095 | 60.00 | 48.44 |
| 2056 | 10-15-2004 | 50 | ACT 84 TRANSACTION * 56/03                      10/15/04 | -12.00 | 36.44 |
| 8295 | 10-21-2004 | 32 | PIT COMMISSARY FOR 10/21/2004 | -32.24 | 4.20 |
| 8301 | 10-27-2004 | 86 32 | PIT COMMISSARY CR FOR 10/27/2004 | 1.67 | 5.87 |
| 2023 | 10-28-2004 | 41 | MEDICAL SICK CALL           10/25/04 | -2.00 | 3.87 |
| 2023 | 10-28-2004 | 86 41 | ADJUST PAYMENT ENTERED WRONG BATCH NO. | 2.00 | 5.87 |
| 2123 | 10-28-2004 | 41 | MEDICAL SICK CALL           10/25/04 | -2.00 | 3.87 |
| 2182 | 11-03-2004 | 10 | MAINTENANCE PAYROLL OCTOBER WAGES | 19.32 | 23.19 |
| 2182 | 11-03-2004 | 50 | ACT 84 TRANSACTION * 56/03                      11/03/04 | -3.86 | 19.33 |
| 8309 | 11-04-2004 | 32 | PIT COMMISSARY FOR 11/04/2004 | -17.72 | 1.61 |
| 8316 | 11-11-2004 | 32 | PIT COMMISSARY FOR 11/11/2004 | -1.02 | .59 |
| 2238 | 11-12-2004 | 37 | POSTAGE POSTAGE              11/12/04 | -2.67 | -2.08 |
| 2246 | 11-15-2004 | 37 | POSTAGE POSTAGE              11/15/04 | -11.20 | -13.28 |
| 2302 | 11-30-2004 | 37 | POSTAGE POSTAGE              11/30/04 | -.83 | -14.11 |
| 2333 | 12-03-2004 | 10 | MAINTENANCE PAYROLL NOVEMBER WAGES | 25.08 | 10.97 |
| 2333 | 12-03-2004 | 50 | ACT 84 TRANSACTION * 56/03                      12/03/04 | -5.02 | 5.95 |
| 2344 | 12-06-2004 | 37 | POSTAGE POSTAGE 12/06/04 | -1.52 | 4.43 |
| 8343 | 12-08-2004 | 32 | PIT COMMISSARY FOR 12/08/2004 | -2.89 | 1.54 |

PROCESSED
JUN 2 2005
INMATE ACCOUNTS

489

```
PA' DEPT.'OF CORRECTIONS              INMATE ACCOUNTS SYSTEM       RUN        IAS365
BUREAU OF COMPUTER SERVICES           PARTIAL ACCOUNT LISTING      DATE    6/02/2005
REMOTE PRINT TIME 11:22                 FROM PURGE FILE            PAGE            2

       INMATE      NAME
       NUMBER      LAST                    FIRST           MI
       FQ8672      RILEY                   LEROY

BATCH       DATE                                           TRANSACTION   BALANCE AFTER
  #     MO DY YEAR       TRANSACTION DESCRIPTION              AMOUNT      TRANSACTION

2354    12-08-2004   37  POSTAGE
                        POSTAGE 12/8/04                         -2.44           -.90
2363    12-10-2004   37  POSTAGE
                        POSTAGE - 12/10/04                      -2.67          -3.57
2372    12-14-2004   37  POSTAGE
                        POSTAGE                                 -1.06          -4.63
2372    12-14-2004   37  POSTAGE
                        POSTAGE                                 -1.06          -5.69
2393    12-21-2004   13  PERSONAL GIFT FROM
                        RILEY, GEORGIA M.                      100.00          94.31
2393    12-21-2004   50  ACT 84 TRANSACTION *
                        56/03                12/21/04          -20.00          74.31
8357    12-22-2004   32  PIT COMMISSARY
                        FOR 12/22/2004                         -17.04          57.27
2403    12-23-2004   37  POSTAGE
                        POSTAGE -  12/23/2004                   -1.11          56.16
8363    12-28-2004   32  PIT COMMISSARY
                        FOR 12/28/2004                          -5.45          50.71

                         BALANCE AFTER THESE TRANSACTIONS------>                50.71
```



PROCESSED
JUN 2 2005
INMATE ACCOUNTS

5 of 9

```
PA' DEPT.'OF CORRECTIONS           INMATE ACCOUNTS SYSTEM           RUN      IAS365
BUREAU OF COMPUTER SERVICES        PARTIAL ACCOUNT LISTING          DATE  6/02/2005
REMOTE PRINT TIME 11:22              FROM PURGE FILE                PAGE         1

    INMATE       NAME
    NUMBER       LAST              FIRST              MI         STARTING BALANCE
    FQ8672       RILEY             LEROY                               50.71

 BATCH      DATE                                        TRANSACTION   BALANCE AFTER
   #     MO DY YEAR     TRANSACTION DESCRIPTION           AMOUNT       TRANSACTION

  8004   01-04-2005  32  PIT COMMISSARY
                         FOR   1/04/2005                    -7.62          43.09
  2434   01-05-2005  37  POSTAGE
                         POSTAGE - 1/04/05                  -1.52          41.57
  2444   01-05-2005  10  MAINTENANCE PAYROLL
                         DECEMBER WAGES                     26.22          67.79
  2444   01-05-2005  50  ACT 84 TRANSACTION *
                         56/03            01/05/05          -5.24          62.55
  2452   01-07-2005  13  PERSONAL GIFT FROM
                         CHINA JR, JAMES    H043284         30.00          92.55
  2452   01-07-2005  50  ACT 84 TRANSACTION *
                         56/03            01/07/05          -6.00          86.55
  8010   01-10-2005  86  PIT COMMISSARY CR
                     32  FOR   1/10/2005                     7.62          94.17
  2469   01-13-2005  10  MAINTENANCE PAYROLL
                         TR/WAGES-SCI SMR                    9.12         103.29
  2469   01-13-2005  50  ACT 84 TRANSACTION *
                         56/03            01/13/05          -1.82         101.47
  2470   01-13-2005  37  POSTAGE
                         POSTAGE - 1/13/05                  -5.30          96.17
  2470   01-13-2005  37  POSTAGE
                         POSTAGE/PKG - 1/13/05             -13.20          82.97
     0   01-13-2005  82  TRANSFER OUT
                         PITTSBURGH
     0   01-13-2005  81  TRANSFER IN
                         FOREST
  8018   01-18-2005  32  FRS COMMISSARY
                         FOR   1/18/2005                   -25.96          57.01
  8027   01-27-2005  34  FRS CABLE  TV
                         FOR   1/27/2005                   -15.25          41.76
  8032   02-01-2005  32  FRS COMMISSARY
                         FOR   2/01/2005                   -14.01          27.75
  9038   02-07-2005  10  INMATE EMPLOYMENT
                         FRS PAYROLL 2005 - 01 GRP 1         8.64          36.39
  9038   02-07-2005  50  ACT 84 TRANSACTION *
                         56/03            02/07/05          -1.73          34.66
  8039   02-08-2005  32  FRS COMMISSARY
                         FOR   2/08/2005                   -12.30          22.36
  8046   02-15-2005  32  FRS COMMISSARY
                         FOR   2/15/2005                    -8.55          13.81
  8047   02-16-2005  86  FRS COMMISSARY CR
                     32  FOR   2/16/2005                      .21          14.02
   218   02-18-2005  37  POSTAGE                            -.60           13.42
```



6 of 9

```
PA DEPT. OF CORRECTIONS           INMATE ACCOUNTS SYSTEM        RUN       IAS365
BUREAU OF COMPUTER SERVICES        PARTIAL ACCOUNT LISTING      DATE    6/02/2005
REMOTE PRINT TIME 11:22              FROM PURGE FILE            PAGE           2
```

| INMATE NUMBER | NAME LAST | FIRST | MI |
|---|---|---|---|
| FQ8672 | RILEY | LEROY | |

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|
| 8053 | 02-22-2005 | 32 | FRS COMMISSARY FOR 2/22/2005 | -12.78 | .64 |
| 8053 | 02-22-2005 | 86 32 | FRS COMMISSARY CR FOR 2/23/2005 | 1.49 | 2.13 |
| 235 | 02-25-2005 | 37 | POSTAGE UNKNOWN | -3.95 | -1.82 |
| 236 | 02-25-2005 | 41 | MEDICAL CO-PAY | -2.00 | -3.82 |
| 239 | 02-28-2005 | 13 | PERSONAL GIFT FROM RILEY, GEORGIA         G316954 | 40.00 | 36.18 |
| 239 | 02-28-2005 | 50 | ACT 84 TRANSACTION * 56/03                02/28/05 | -8.00 | 28.18 |
| 8060 | 03-01-2005 | 32 | FRS COMMISSARY FOR 3/01/2005 | -5.98 | 22.20 |
| 8060 | 03-01-2005 | 86 32 | FRS COMMISSARY CR FOR 3/01/2005 | 5.98 | 28.18 |
| 8060 | 03-01-2005 | 32 | FRS COMMISSARY FOR 3/01/2005 | -5.99 | 22.19 |
| 9066 | 03-07-2005 | 10 | INMATE EMPLOYMENT FRS PAYROLL 2005 - 02 GRP 1 | 13.68 | 35.87 |
| 9066 | 03-07-2005 | 50 | ACT 84 TRANSACTION * 56/03                03/07/05 | -2.74 | 33.13 |
| 8067 | 03-08-2005 | 32 | FRS COMMISSARY FOR 3/08/2005 | -4.69 | 28.44 |
| 8074 | 03-15-2005 | 32 | FRS COMMISSARY FOR 3/15/2005 | -8.25 | 20.19 |
| 8076 | 03-17-2005 | 86 32 | FRS COMMISSARY CR FOR 3/17/2005 | 4.69 | 24.88 |
| 8081 | 03-22-2005 | 32 | FRS COMMISSARY FOR 3/22/2005 | -6.44 | 18.44 |
| 329 | 03-25-2005 | 37 | POSTAGE | -2.21 | 16.23 |
| 329 | 03-25-2005 | 37 | POSTAGE | -5.87 | 10.36 |
| | | | BALANCE AFTER THESE TRANSACTIONS------> | | 10.36 |



PROCESSED
JUN 2 2005

7 of 9

```
PA DEPT. OF CORRECTIONS           INMATE ACCOUNTS SYSTEM              RUN      IAS365
BUREAU OF COMPUTER SERVICES       PARTIAL ACCOUNT LISTING             DATE    6/02/2005
REMOTE PRINT TIME 11:22              FROM ACTIVE FILE                 PAGE          1


     INMATE      NAME
     NUMBER      LAST              FIRST             MI            STARTING BALANCE
     FQ8672      RILEY             LEROY                                      10.36

BATCH       DATE                                          TRANSACTION   BALANCE AFTER
  #      MO DY YEAR     TRANSACTION DESCRIPTION              AMOUNT      TRANSACTION

 9095    04-05-2005   10   INMATE EMPLOYMENT
                           FRS PAYROLL 2005 - 03 GRP 1          16.56          26.92
 9095    04-05-2005   50   ACT 84 TRANSACTION *
                           56/03                 04/05/05       -3.31          23.61
  388    04-06-2005   37   POSTAGE
                                                                -5.85          17.76
 8103    04-13-2005   32   FRS COMMISSARY
                           FOR   4/13/2005                      -2.24          15.52
  432    04-18-2005   37   POSTAGE
                                                                 -.46          15.06
  432    04-18-2005   37   POSTAGE
                                                                 -.46          14.60
  432    04-18-2005   37   POSTAGE
                                                                 -.23          14.37
  432    04-18-2005   37   POSTAGE
                                                                 -.46          13.91
  432    04-18-2005   37   POSTAGE
                                                                 -.23          13.68
  432    04-18-2005   37   POSTAGE
                                                                 -.43          13.25
  454    04-22-2005   13   PERSONAL GIFT FROM
                           PETTIGREW, QUEEN       G314427        5.00          18.25
  454    04-22-2005   50   ACT 84 TRANSACTION *
                           56/03                 04/22/05      -1.00           17.25
 8115    04-25-2005   34   FRS CABLE  TV
                           FOR   4/25/2005                    -15.25            2.00
 8122    05-02-2005   32   FRS COMMISSARY
                           FOR   5/02/2005                      -.68            1.32
 8123    05-03-2005   32   FRS COMMISSARY
                           FOR   5/03/2005                     -1.28             .04
  510    05-03-2005   37   POSTAGE
                                                                -.46            -.42
 9125    05-05-2005   10   INMATE EMPLOYMENT
                           FRS PAYROLL 2005 - 04 GRP 1          8.64            8.22
 9125    05-05-2005   10   INMATE EMPLOYMENT
                           FRS PAYROLL 2005 - 04 GRP 1          1.44            9.66
 8125    05-05-2005   86   FRS COMMISSARY CR
                      32   FOR   5/05/2005                      1.28           10.94
 8129    05-09-2005   32   FRS COMMISSARY
                           FOR   5/09/2005                    -10.09             .85
  547    05-11-2005   13   PERSONAL GIFT FROM
                           RILEY, GEORGIA        G311586       50.00           50.85
  547    05-11-2005   50   ACT 84 TRANSACTION *
                           56/03                 05/11/05     -10.00           40.85
```



8 of 9

```
PA DEPT. OF CORRECTIONS          INMATE ACCOUNTS SYSTEM         RUN      IAS365
BUREAU OF COMPUTER SERVICES      PARTIAL ACCOUNT LISTING        DATE   6/02/2005
REMOTE PRINT TIME 11:22          FROM ACTIVE FILE               PAGE          2
```

| INMATE NUMBER | NAME LAST | FIRST | MI |
|---|---|---|---|
| FQ8672 | RILEY | LEROY | |

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|---|
| 8136 | 05-16-2005 | 32 | FRS COMMISSARY FOR 5/16/2005 | | -13.62 | 27.23 |
| 574 | 05-17-2005 | 13 | PERSONAL GIFT FROM CHINA, JAMES | G310394 | 50.00 | 77.23 |
| 574 | 05-17-2005 | 50 | ACT 84 TRANSACTION * 56/03 | 05/17/05 | -10.00 | 67.23 |
| 8143 | 05-23-2005 | 34 | FRS CABLE TV FOR 5/23/2005 | | -15.25 | 51.98 |
| 627 | 05-27-2005 | 37 | POSTAGE | | -2.90 | 49.08 |
| 627 | 05-27-2005 | 37 | POSTAGE | | -3.95 | 45.13 |
| 627 | 05-27-2005 | 37 | POSTAGE | | -1.29 | 43.84 |
| 627 | 05-27-2005 | 37 | POSTAGE | | -1.75 | 42.09 |
| 627 | 05-27-2005 | 37 | POSTAGE | | -.60 | 41.49 |
| 8151 | 05-31-2005 | 32 | FRS COMMISSARY FOR 5/31/2005 | | -18.62 | 22.87 |

                    BALANCE AFTER THESE TRANSACTIONS ------>         22.87



PROCESSED
JUN 2 2005
INMATE ACCOUNTS

9 of 9