ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Leroy Riley

    Plaintiff

    -Against-

Charles M, Simpson, Kerri Cross,
David McCoy, Charles M. Shane,
sued in there individual and
official capacities, C/O Mr Gaston,
sued in his individual capacities.

    Defendants.

MOTION FOR APPONTMENT
OF COUNSEL

Civil Action No.____

Pursuant to 28 U.S.C. § 1915(e)(1) plaintiff moves for an order appointing counsel to represent him in this case. In support of this motion plaintiff states:

1. Plaintiff is unable to afford counsel. He requested leave to proceed in forma pauperis.

2. Plaintiff's imprisonment will greatly limit his ability to litigate. The issue involved in this case are complex, and will require significant research and investigation. Plaintiff has limited access to law library and limited knowledge of the law.

3. A trial in this case will likely involved conflicting testimony, and counsel would better enable plaintiff to present evidence and cross examinine witnesses.

WHEREFORE, plaintiff request that the court appoint,_____ a member of the Bar, as counsel in this case.

DATE: 5/20/05

ADDRESS: SCI Forest - P.O. 945
Marienville, Pa. 16239

SIGNATURE, _Leroy Riley_
Print name _Leroy Riley_