## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LEROY RILEY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **Civil Action No. 05-172E** |
| | ) **Judge Sean J. McLaughlin** |
| **CHARLES M. SIMPSON,  et al.,** | ) **Magistrate Judge Susan Paradise Baxter** |
| | ) |
| | ) |
| **Defendants.** | ) |

## MOTION FOR EXTENSION OF TIME

AND NOW, come the defendants, Charles M. Simpson, Kerri Cross, David McCoy, Charles M. Shane and Mr. Gaston, by their attorneys, Thomas W. Corbett, Jr., Attorney General, Robert A. Willig, Deputy Attorney General, Susan J. Forney, Chief Deputy Attorney General, Chief, Litigation Section, and respectfully submit the following:

1.      By Order dated January 17, 2006, the Marshal was directed to effectuate service on defendants.  Apparently, on January 18, 2006, plaintiff did not provide waivers of service in accordance with this Order and in compliance with Federal Rule of Civil Procedure 4.

2.      Accordingly, the Marshal made service by summons on various dates between April 24th through the 27th, resulting in the docket reflecting the answer being due on either April 13, 2006 or April 17, 2006 respectively, for the individual defendants.  Technically service was formally deficient because under Pa.R.C.P. 422, as applicable under F.R.C.P. Rule 4, there is no return of service on the Attorney General.

3.      Had Plaintiff effectuated service properly, then defendants would anticipate having had sixty days from the date the waiver was sent in order to respond to the Complaint.

Granting this order will remedy this defect, establish a clear date for filing a responsive pleading and will not result in prejudice to the plaintiff or undue delay in the proceedings.

      4.      Defendants respectfully request an additional 30 days to respond to the complaint.

      5.      This motion is not designed to prejudice any party, nor does the defense believe such will occur.

      WHEREFORE, it is respectfully requested the motion for extension of time be granted and that Defendants' response to the complaint be due on or before May 15, 2006.

Respectfully Submitted,

THOMAS W. CORBETT JR.,
Attorney General

By:   /s/ Robert A. Willig
ROBERT A. WILLIG
Deputy Attorney General
Pa I.D. # 53581

SUSAN J. FORNEY
Chief Deputy Attorney General
Chief, Litigation Section

Office of Attorney General
6th Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA 15219
412-565-5696

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2006, I electronically filed the foregoing *Motion for Extension of Time* with the Clerk of Court using the CM/ECF system. And I hereby certify that I have mailed the foregoing document by United States Postal Service to the following non CM/ECF participants:

Leroy Riley, FQ-8672
SCI-Forest
P.O. Box 945
Marienville, PA 16239-0945

By:     /s/  Robert A. Willig
ROBERT A. WILLIG
Deputy Attorney General