IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEROY RILEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-172E |
| | ) Judge Sean J. McLaughlin |
| CHARLES M. SIMPSON, et al., | ) Magistrate Judge Susan Paradise Baxter |
| | ) |
| | ) |
| Defendants. | ) |

## ORDER OF COURT

AND NOW, to-wit, this _____ day of April, 2006, upon consideration of the foregoing Motion for Extension of Time, it is hereby ORDERED that the motion is granted. Defendants shall file a response to the complaint on or before May 15, 2006.

BY THE COURT:

_____
SUSAN PARADISE BAXTER
United States Magistrate Judge