## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEROY RILEY, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 05-172E |
| CHARLES SIMPSON, KERRI CROSS, DAVID MCCOY, CHARLES M. SHANE, sued in their individual and official capacities, MR. GASTON sued in his individual capacities | ) | Judge Sean J. McLaughlin<br>Magistrate Judge Susan Baxter Paradise |
| Defendants. | ) | |

## ORDER OF COURT

AND NOW, to-wit, this _____ day of _____ 2006, upon consideration of the foregoing **Defendants' Motion to Dismiss** it is hereby **ORDERED** that this Motion is **GRANTED**.

BY THE COURT;

_____J.