In The United States District Court
Western District Of Pennsylvania

Leroy Riley, Plaintiff
v
Charles Simpson
et al, Defendants

Civil Action
No. 05-172 E

Judge Sean J. McLaughlin
Magistrate Judge
Susan Paradise Baxter

1) On are around May 20, 2006 the Plaintiff submitted to this Court, Motion for Extension of time to Answer. untill July 3rd, 2006, an extension of 30 days. As of this date June 17th 2006 I have yet to receive an answer to this Motion. At this time I am proceding forward. With an answer as though this Motion has been granted, untill otherwise informed that it has not been granted.

Respectfully submitted

Leroy Riley
Pro se Petitioner

# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVNIA

Leroy Riley, Plaintiff

v.

CHARLES SIMPSON. M. et al., Defendant

Civil Action #: 05-172E
Judge Sean J. McLaughlin
Magistrate Judge: Susan Paradise Baxter

## Motion for Extension of Time to Answer

And now, comes Petitioner, plaintiff, Leroy Riley. Pro se, herby moves for an extension of time for the filing of Motion for Extension of time to answer. Untill July, 3RD, 2006 an extension of 30 days.

1. Plaintiff answer is due on June 2, 2006 to respond to Motion to dismiss.

2. The Plaintiff is incarsieated at SCI. Forest, The Plaintiff Received said Order dated 18 of May, 2006, On the 19th of May this plaintiff Received this Order, That would leave just (10) Ten days for this plaintiff to Respond.