

Brett Pisklak EQ0672
SCI-Forest, P.O. Box 945
Marienville, PA 16239-0945

Susan Paradise Baxter
Chief U.S. Magistrate Judge
U.S. District Court
Western District Court
17 South Park Row, Room A280
Erie, PA 16501

RECEIVED
JUL 10 2006
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA



INMATE MAIL
PA DEPT OF
CORRECTIONS

02 1A
000 4376471
MAILED FROM ZIP CODE 16239

UNITED STATES POSTAGE
$ 02.79°
JUL 05 2006
PITNEY BOWES