DC-804
Part 1    JUN 0 8 2004

SUPERINTENDENT
OFFICIAL INMATE GRIEVANCE

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
CAMP HILL, PA 17001-0598

FOR OFFICIAL USE ONLY
85969
GRIEVANCE NUMBER

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: SCIP | DATE: 6/8/04 |
|---|---|---|
| FROM: (INMATE NAME & NUMBER) LEROY RILEY FQ8672 | SIGNATURE of INMATE: Ler Riley | |
| WORK ASSIGNMENT: None | HOUSING ASSIGNMENT: A1 A/C15 | |

**INSTRUCTIONS:**
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any actions you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

**A.** Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages.

(6/7/04) I was found guilty of a class I assult misscenduct C/o Easten was the investigating officer DC141(FQ2109)
I was found guilty based on CSI claims to being in that location to hear an argument and the sound of some one being hit. I know this can not be true becouse this inssadent took place at 0700 5/27/04 and the Jail was lock down for count. C/o Easten clames 2 CSF corrobberated their story match. There no sign statment or unic record of CSF to sussstionshort there claims. I am requesting an independent investigation of these 2 CSI if they truly exsest and where where they possision when they heard the argument. This is not free and A miscarrge of Justice.
Im am being denied due pressess under the 14th amend to have witness come forth

**B.** List actions taken and staff you have contacted, before submitting this grievance.
Apeal Pending

Your grievance has been received and will be processed in accordance with DC-ADM 804.

Signature of Facility Grievance Coordinator                    Date

**WHITE** - Facility Grievance Coordinator Copy    **CANARY** - File Copy    **PINK** - Action Return Copy    **GOLDENROD** - Inmate Copy
Revised
December 2000

EX B

Superintendent

| Form DC-135A<br>**INMATE'S REQUEST TO STAFF MEMBER** | Commonwealth of Pennsylvania<br>Department of Corrections<br>SCI-Pittsburgh<br>Superintendent's Office |
|---|---|

RECEIVED OCT 0 1 2004

Mr Good

| 1. To: (Name and Title of Officer) | 2. Date: 9/25/04 |
|---|---|
| 3. By: (Print Inmate Name and Number) LEROY RILEY #QB670<br>*Leroy Riley*<br>Inmate Signature | 4. Counselor's Name _Ms Jordan_ |
| | 5. Unit Manager's Name Mr Harlos |
| 6. Work Assignment  None | 7. Housing Assignment  A2 B 1016 |

8. Subject: State your request completely but briefly. Give details.

Please Reinstate a

Jailhouse

9. Response: (This Section for Staff Response Only)

To DC-14 CAR only ☐        To DC-14 CAR and DC-15 IRS ☐

Staff Member Name _____ / _____ Date _____
                        Print              Sign

Revised July 2000

EX __ Superintendent office

| Form DC-135A<br>**INMATE'S REQUEST TO STAFF MEMBER**<br>Superintendent | Commonwealth of Pennsylvania<br>Department of Corrections<br><br>INSTRUCTIONS<br>Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |
|---|---|
| 1. To: (Name and Title of Officer) | 2. Date: 12/10/04 |
| 3. By: (Print Inmate Name and Number) Leroy Riley EQ8672<br>_Inmate Signature_ | 4. Counselor's Name Sorbin |
| | 5. Unit Manager's Name Hollock |
| 6. Work Assignment Block worker | 7. Housing Assignment B1005 |

8. Subject: State your request completely but briefly. Give details.

Please Read whats inclosed

[STAMP: RECEIVED SCI-PITTSBURGH JAN 05 2005 SUPERINTENDENT ASSISTANT II]

Issue overturn Disciplinary Conviction

9. Response: (This Section for Staff Response Only)

To DC-14 CAR only ☐                To DC-14 CAR and DC-15 IRS ☐

Staff Member Name _____ / _____ Date _____
                    Print                Sign

Revised July 2000



COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
SCI-PITTSBURGH
(412) 761-1955
January 5, 2005

Subject:     Misconduct Appeal

To:          Leroy Riley, FQ-8672

From:        Thomas W. Seiverling
             Superintendent Assistant

This is in response to your communication to Supt. Stowitzky. I have reviewed both your institutional record and the files in the superintendent's office and I can find no indication that any appeal of misconduct #A602109 was ever received by the superintendent. As of this date, the time period for appealing this issue has long since expired.

TWS

cc: DC-15