Inmate Name: Leroy Riley
Housing Unit: EB-2004
SCI Forest
PO Box 945
Marienville, PA 16239

DC #: EQ8617

INMATE MAIL
PA DEPT OF
CORRECTIONS

**RECEIVED**

**AUG 16 2006**

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Susan Paradise Baxter
Chief U.S. Magistrate Judge
U.S. District Court
Western District Court
17 South Park Row
Erie, PA 16501





02 1A
0004376471
MAILED FROM ZIPCODE 16239
AUG 07 2006
$00.39⁰
PITNEY BOWES
UNITED STATES POSTAGE