IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEROY RILEY,<br>    Plaintiff | )<br>)<br>) |
| Vs. | )    Civil Action No. 05-172 E<br>) |
| CHARLES SIMPSON, et al.,<br>    Defendant | )<br>) |

**O R D E R**

AND NOW, to wit, this 22ND day of August, 2006, upon consideration of the Plaintiff's Objections to the Magistrate Judges Report and Recommendations (Doc. No. 29)

IT IS HEREBY ORDERED that the Order dated August 16, 2006, be and hereby is AFFIRMED

                                            S/Sean J. McLaughlin
                                            Sean J. McLaughlin
                                            United States District Judge

cc: all parties of record. nk