**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| LEROY RILEY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHARLES SIMPSON, et al., )<br>)<br>Defendants. ) | Civil Action No. 05-172 Erie |

## ORDER

AND NOW, this 5th day of September, 2006, upon consideration of the Plaintiff's Motion for Reconsideration of Order dated August 16, 2006 and/or August 22, 2006 [Doc. No. 31];

IT IS HEREBY ORDERED that the Plaintiff's Motion for Reconsideration of Order is DENIED.

                                                    s/ Sean J. McLaughlin
                                                      United States District Judge

cm:    All parties of record
        Susan Paradise Baxter, U.S. Magistrate Judge