Inmate Name: Leroy Riles
Housing Unit: EB 2064
SCI Forest
PO Box 945
Marienville, PA 16239

DC #: EQ8672

RECEIVED
SEP 22 2006
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

United States District
Courthouse
Clerk office
P.O. Box 1820
Erie, PA 16507

INMATE MAIL
PA DEPT OF
CORRECTIONS



02 1A
000463O839
MAILED FROM ZIPCODE 16239
$ 00.39⁰
SEP 20 2006
UNITED STATES POSTAGE
PITNEY BOWES

16507+0820 Inmate Mail Dept. of Corrections

